PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0860 4:17CR00172 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 4:22cr393 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ricky L. Hampton<br>2443 FM Rd. 1488 #3507<br>Conroe, TX 77384 | Eastern District of Arkansas | |
| | NAME OF SENTENCING JUDGE | |
| | J. Leon Holmes | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: July 5, 2022 — TO: July 4, 2025 |

**OFFENSE**

Felon in Possession of a Firearm

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 16 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Texas   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_August 2, 2022_
Date

_Kristine G. Baker_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_08.10.2022_
Effective Date

_[signature]_
United States District Judge

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By _[signature]_
Deputy Clerk

CLOSED

# U.S. District Court
## Eastern District of Arkansas (Central Division)
### CRIMINAL DOCKET FOR CASE #: 4:17-cr-00172-KGB-1

| | |
|---|---|
| Case title: USA v. Hampton et al | Date Filed: 07/06/2017 |
| Magistrate judge case number: 4:17-mj-00129-JTK | Date Terminated: 12/06/2018 |

Assigned to: Judge Kristine G. Baker

### Defendant (1)

**Ricky L Hampton**  represented by  **Nicole Lybrand**
*a/k/a Finese 2 Tymes or Finese Twotymes*    Federal Public Defenders Office
*TERMINATED: 12/06/2018*    The Victory Building
    1401 West Capitol Avenue
    Suite 490
    Little Rock, AR 72201
    501-324-6113
    Email: nicole_lybrand@fd.org
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*
    *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) Felon in Possession of a Firearm<br>(1s) | Defendant sentenced to 60 months imprisonment to run concurrent with any sentence imposed in St. Francis County Circuit Court case no. CR-17-396; and consecutive to any other sentence which may be imposed against this defendant in another court; three (3) years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) Felon in Possession of Firearm<br>(1) | Dismissed upon motion of the government as to this defendant |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| CMP 18:922g(1) Felon in Possession of a Firearm | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Angela S. Jegley**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2617<br>Email: Angela.Jegley@usdoj.gov<br>*TERMINATED: 07/21/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Chris Givens**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2600<br>Email: chris.givens@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Stephanie Gosnell Mazzanti**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2600<br>Email: Stephanie.Mazzanti@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2017 | [1](#) | COMPLAINT and Affidavit as to Ricky L Hampton (1). (lmc)[4:17-mj-00129-JTK] (fcd). (Entered: 07/03/2017) |

| | | |
|---|---|---|
| 07/06/2017 | 3 | INDICTMENT as to Ricky L Hampton. (kbc) (Entered: 07/10/2017) |
| 07/14/2017 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to Ricky L Hampton for 7/18/2017. Signed by Magistrate Judge Jerome T. Kearney on 7/14/2017. (cby) (Entered: 07/14/2017) |
| 07/18/2017 | 9 | CJA 23 Financial Affidavit (sealed) by Ricky L Hampton (kbc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/19/2017) |
| 07/18/2017 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Nicole Lybrand for Ricky L Hampton. Signed by Magistrate Judge Jerome T. Kearney on 7/18/2017. (kbc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/19/2017) |
| 07/18/2017 | 11 | Minute Entry for proceedings before Magistrate Judge Jerome T. Kearney: Initial Appearance, Plea & Arraignment as to Ricky L Hampton held on 7/18/2017. Not Guilty Plea entered by Defendant on Count 1. AUSA Angela Jegley; AFPD Nicole Lybrand; ECRO LaShawn Coleman. (kbc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/19/2017) |
| 07/18/2017 | 12 | NOTICE OF HEARING as to Ricky L Hampton: Jury Trial set for 8/21/2017 at 9:15 AM in Little Rock Courtroom # 4D before Judge J. Leon Holmes. (kbc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/19/2017) |
| 07/18/2017 | 13 | ORDER TO LODGE DETAINER as to Ricky L Hampton. The U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named defendant. Signed by Magistrate Judge Jerome T. Kearney on 7/18/2017. (kbc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/19/2017) |
| 07/20/2017 | 22 | MOTION for Bond *Hearing* by Ricky L Hampton (Lybrand, Nicole) Re-numbered due to merge into criminal case. (cby). (Entered: 07/20/2017) |
| 07/20/2017 | 23 | MOTION to Substitute Attorney by USA as to Ricky L Hampton (Givens, Chris) Re-numbered due to merge into criminal case. (cby). (Entered: 07/20/2017) |
| 07/21/2017 | 25 | RESPONSE to Motion by USA as to Ricky L Hampton re 10 MOTION for Bond *Hearing and Request for Determination of Qualification for Court-Appointed Counsel* (Mazzanti, Stephanie) Re-numbered due to merge into criminal case. (cby). (Entered: 07/21/2017) |
| 07/21/2017 | 26 | ORDER granting 11 Motion to Substitute Attorney by USA as to Ricky L Hampton. AUSAs Chris Givens and Stephanie Mazzanti substituted for Angela Jegley. Signed by Judge J. Leon Holmes on 7/21/2017. (fcd) Re-numbered due to merge into criminal case. (cby). (Entered: 07/21/2017) |
| 07/24/2017 | 27 | ORDER REFERRING MOTION as to Ricky L Hampton. 10 MOTION for Bond *Hearing* is referred to Magistrate Judge Jerome T. Kearney. Signed by Judge J. Leon Holmes on 7/24/2017. (fcd)Re-numbered due to merge into criminal case. (cby). (Entered: 07/24/2017) |
| 07/24/2017 | 28 | NOTICE OF HEARING ON MOTION in case as to Ricky L Hampton 10 MOTION for Bond *Hearing* : Bond Hearing set for 7/24/2017 at 1:00 p.m. in Little Rock, Arkansas, in Courtroom #4B before Magistrate Judge Jerome T. Kearney. (lmc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/24/2017) |

| | | |
|---|---|---|
| 07/24/2017 | 29 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Magistrate Judge Jerome T. Kearney: Bond Hearing as to Ricky L Hampton held on 7/24/2017. Court called to Order. Case called. Case history read into the record. After the taking of testimony, and entry of exhibits, the Court determined that the defendant should be detained pending his Jury Trial before Judge Holmes. The defendant was remanded to the custody of the USMS. Court Adjourned. AUSA(S)-Stephanie Mazzanti and Chris Givens; AFPD-Nicole Lybrand; USPO-Taylor Sevier. (ECRO: L. Coleman.) (lmc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/24/2017) |
| 07/24/2017 | 30 | WITNESS and Exhibit Record for Bond Hearing held 07/24/2017. (lmc) Re-numbered due to merge into criminal case. (cby). (Entered: 07/24/2017) |
| 07/24/2017 | 31 | ORDER OF DETENTION as to Ricky L Hampton. Signed by Magistrate Judge Jerome T. Kearney on 7/24/2017. (fcd) Re-numbered due to merge into criminal case. (cby). (Entered: 07/24/2017) |
| 07/26/2017 | 33 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER terminating 10 Motion for Bond as to Ricky L Hampton (1). Signed by Magistrate Judge Jerome T. Kearney on 07/26/2017. (glr) Re-numbered due to merge into criminal case. (cby). (Entered: 07/26/2017) |
| 07/31/2017 | 34 | PRETRIAL DISCOVERY ORDER in case as to Ricky L Hampton. Signed by Judge J. Leon Holmes on 7/31/2017. (cdw) Re-numbered due to merge into criminal case. (cby). (Entered: 07/31/2017) |
| 08/03/2017 | 35 | SUPERSEDING INDICTMENT as to Ricky L Hampton and Kentrell Dominique Gwynn. (cby) (Entered: 08/04/2017) |
| 08/04/2017 | 36 | NOTICE OF HEARING as to Ricky L Hampton. Plea & Arraignment set for 8/15/2017 at 2:00 PM in Little Rock Courtroom # 2C before Magistrate Judge Joe J. Volpe. (cby) (Entered: 08/04/2017) |
| 08/07/2017 | 38 | Unopposed MOTION to Continue *Jury Trial* by Ricky L Hampton (Lybrand, Nicole) (Entered: 08/07/2017) |
| 08/08/2017 | 39 | ORDER TO CONTINUE - Ends of Justice as to Ricky L Hampton. Jury Trial reset for 9/18/2017 at 9:15 AM in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 8/8/2017. (fcd) (Entered: 08/08/2017) |
| 08/11/2017 | 40 | TRANSCRIPT of Bond Hearing as to Ricky L Hampton held on July 24, 2017 before Magistrate Judge Jerome T. Kearney. Transcriber Robin Warbritton. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. DEADLINES: Notice of Intent to Request Redaction due 8/18/2017. Redaction Request due 9/1/2017. Redacted Transcript Deadline set for 9/11/2017. Release of Transcript Restriction set for 11/9/2017. (fcd) (Entered: 08/11/2017) |
| 08/14/2017 | 41 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ricky L Hampton.(cby) (Entered: 08/14/2017) |
| 08/14/2017 | 42 | ORDER Approving 41 Waiver of Presence at Arraignment filed by Ricky L Hampton. Signed by Magistrate Judge Joe J. Volpe on 8/14/2017. (cby) (Entered: 08/14/2017) |

| | | |
|---|---|---|
| 08/25/2017 | 48 | Unopposed MOTION to Continue *Jury Trial* by Ricky L Hampton (Lybrand, Nicole) (Entered: 08/25/2017) |
| 09/15/2017 | 49 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 3/19/2018 at 9:15 AM in Little Rock Courtroom # 4D as to Ricky L Hampton, Kentrell Dominique Gwynn. Signed by Judge J. Leon Holmes on 9/15/2017. (cby) (Entered: 09/15/2017) |
| 02/28/2018 | 51 | NOTICE OF HEARING as to Ricky L Hampton. Change of Plea Hearing set for Monday, 3/5/2018 at 9:30 AM in Little Rock, Courtroom #4D before Judge J. Leon Holmes. (cdw) (Entered: 02/28/2018) |
| 03/05/2018 | 52 | Minute Entry for proceedings held before Judge J. Leon Holmes: CHANGE OF PLEA Hearing as to Ricky L Hampton held on Monday, 3/5/2018. AUSAs Stephanie Mazzanti, Chris Givens present for government; AFPD Nicole Lybrand present with defendant. Ricky L Hampton (1) enters guilty plea to Count 1s of Superseding Indictment. Original indictment dismissed upon motion of the government as to this defendant. (Court Reporter Margie Kruse) (cdw) (Entered: 03/05/2018) |
| 03/05/2018 | 53 | PLEA AGREEMENT as to Ricky L Hampton (cdw) (Entered: 03/05/2018) |
| 03/05/2018 | 54 | PLEA AGREEMENT ADDENDUM (under seal) re 53 Plea Agreement (cdw) (Entered: 03/05/2018) |
| 03/05/2018 | 55 | ORDER as to Ricky L Hampton informing the parties as to the process the Court expects to follow in determining a sentence in this case. Signed by Judge J. Leon Holmes on 3/5/2018. (cdw) (Entered: 03/05/2018) |
| 05/23/2018 | 58 | PRELIMINARY ORDER OF FORFEITURE as to Ricky L Hampton. Signed by Judge J. Leon Holmes on 5/23/2018. Certified copy to USMS. (fcd) (Entered: 05/23/2018) |
| 05/31/2018 | 59 | NOTICE OF HEARING as to Ricky L Hampton. Sentencing set for Monday, 6/18/2018 at 9:30 AM in Little Rock Courtroom #4D before Judge J. Leon Holmes. (cdw) (Entered: 05/31/2018) |
| 05/31/2018 | 60 | ORDER as to Ricky L Hampton. Signed by Judge J. Leon Holmes on 5/31/2018. (cdw) (Entered: 05/31/2018) |
| 05/31/2018 | 61 | Unopposed MOTION to Continue *Sentencing Hearing* by Ricky L Hampton (Lybrand, Nicole) (Entered: 05/31/2018) |
| 06/04/2018 | 62 | ORDER granting 61 Unopposed MOTION to Continue *Sentencing Hearing* filed by Ricky L Hampton. The sentencing hearing for will be reset by separate notice. Signed by Judge J. Leon Holmes on 6/4/2018. (fcd) (Entered: 06/04/2018) |
| 08/23/2018 | 64 | MOTION for Forfeiture of Property *Final Order* by USA as to Ricky L Hampton (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mazzanti, Stephanie) (Entered: 08/23/2018) |
| 08/30/2018 | 65 | FINAL ORDER OF FORFEITURE as to Ricky L Hampton. Signed by Judge J. Leon Holmes on 8/30/2018. Certified copy to USMS. (fcd) (Entered: 08/30/2018) |
| 10/29/2018 | 70 | MOTION for Hearing *on Defendant's Request to Withdraw Guilty Plea & have Substitute Counsel Appointed* by Ricky L Hampton (Lybrand, Nicole) (Entered: 10/29/2018) |

| | | |
|---|---|---|
| 11/06/2018 | 71 | ORDER setting the hearing on 70 MOTION for Hearing *on Defendant's Request to Withdraw Guilty Plea & have Substitute Counsel Appointed* filed by Ricky L Hampton for 11/14/2018 at 2:00 PM in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 11/6/2018. (fcd) (Entered: 11/06/2018) |
| 11/07/2018 | 72 | TRANSCRIPT of Change of Plea Hearing as to Ricky L Hampton held on 3/5/2018 before Judge J. Leon Holmes. Court Reporter Margaret M. Kruse. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. DEADLINES: Notice of Intent to Request Redaction due 11/14/2018. Redaction Request due 11/28/2018. Redacted Transcript Deadline set for 12/10/2018. Release of Transcript Restriction set for 2/5/2019. (fcd) (Entered: 11/07/2018) |
| 11/09/2018 | 73 | SENTENCING MEMORANDUM by USA as to Ricky L Hampton (Mazzanti, Stephanie) (Entered: 11/09/2018) |
| 11/09/2018 | 74 | NOTICE *of Conventional Filing* by USA as to Ricky L Hampton re 73 Sentencing Memorandum (Attachments: # 1 Sentencing Exhibit List)(Mazzanti, Stephanie) (Entered: 11/09/2018) |
| 11/09/2018 | 75 | SEALED DOCUMENT. (fcd) (Entered: 11/09/2018) |
| 11/14/2018 | 76 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: MOTION HEARING as to Ricky L Hampton held on Wednesday, 11/14/2018. AUSA Stephanie Mazzanti present for government; AFPD Nicole Lybrand present with defendant. 70 Motion for Hearing as to Ricky L Hampton (1) granted. Defendant informs the Court that he does not want to withdraw his guilty plea, and that he wishes to keep his current counsel. Joint motion to continue sentencing hearing granted. Sentencing to be reset by separate notice. Reporter Kathleen Maloney) (cdw) (Entered: 11/14/2018) |
| 11/14/2018 | 77 | NOTICE OF HEARING as to Ricky L Hampton. Sentencing reset for Thursday, 12/6/2018 at 9:30 AM in Little Rock Courtroom #4D before Judge J. Leon Holmes. (cdw) (Entered: 11/14/2018) |
| 12/06/2018 | 78 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: In Camera Hearing as to Ricky L Hampton held on 12/6/2018. (Court Reporter Kathleen Maloney) (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 79 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: SENTENCING held on Thursday, 12/6/2018 for Ricky L Hampton (1). AUSA Stephanie Mazzanti present for government; AFPD Nicole Lybrand present with defendant; USPO Audrene Ellis present. Defendant sentenced to 60 months imprisonment to run concurrent with any sentence imposed in St. Francis County Circuit Court case no. CR-17-396; and consecutive to any other sentence which may be imposed against this defendant in another court; three (3) years supervised release; $100 special assessment. (Court Reporter Kathleen Maloney) (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 80 | WITNESS LIST by USA as to Ricky L Hampton (cdw) (Entered: 12/06/2018) |

| | | |
|---|---|---|
| 12/06/2018 | 81 | EXHIBIT LIST by USA as to Ricky L Hampton (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 82 | WITNESS and EXHIBIT LIST by Ricky L Hampton (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 83 | RECEIPT for Exhibits by USA (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 84 | RECEIPT for Exhibits by Ricky L Hampton (cdw) (Entered: 12/06/2018) |
| 12/06/2018 | 85 | JUDGMENT as to Ricky L Hampton. Count 1s: Defendant sentenced to 60 months imprisonment to run concurrent with any sentence imposed in St. Francis County Circuit Court case no. CR-17-396; and consecutive to any other sentence which may be imposed against this defendant in another court; three (3) years supervised release; $100 special assessment. Signed by Judge J. Leon Holmes on 12/6/2018. (fcd) (Entered: 12/06/2018) |
| 02/05/2019 | 93 | TRANSCRIPT of Sentencing Hearing as to Ricky L Hampton held on 12/6/2018 before Judge J. Leon Holmes. Court Reporter Kathleen E. Maloney. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. DEADLINES: Notice of Intent to Request Redaction due 2/12/2019. Redaction Request due 2/26/2019. Redacted Transcript Deadline set for 3/8/2019. Release of Transcript Restriction set for 5/6/2019. (fcd) (Entered: 02/05/2019) |
| 07/28/2022 | 95 | NOTICE OF REASSIGNMENT. Based on a pending matter, the Clerk's office has reassigned the case to Judge Kristine G. Baker. Signed at the direction of the Court on 7/28/2022. (kbc) (Entered: 07/28/2022) |

A TRUE COPY I CERTIFY

Tammy H. Downs, Clerk

By: B. Dunlap D.C. on
**Aug 16, 2022**

For the United States District Court
Eastern District of Arkansas